UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACIA CULLORS, an individual; L.P., a minor, N.B., a minor, and V.B., a minor, through their guardian ad litem STACIA CULLORS; ANTHONY BACANI, an individual; D.B., a minor and E.B., a minor, through their guardian ad litem ANTHONY BACANI; JENNIFER CULLORS, an individual; A.C., a minor, and J.C., a minor, through their guardian ad litem JENNIFER CULLORS, and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>SPROUT FOODS, INC.,<br><br>                      Defendant. | CASE NO. 2:22-CV-04263<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiffs Stacia Cullors, L.P., N.B., V.B., Anthony Bacani, D.B., E.B., Jennifer Cullors, A.C., and J.C., (hereinafter jointly "Plaintiffs") and Defendant Sprout Foods, Inc. ("Defendant") (together, the "Parties"), by and through their respective attorneys, submit this joint stipulation of dismissal of the above-captioned case, in its entirety and with prejudice, each party to bear their or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 22, 2022    **BEVERLY HILLS TRIAL ATTORNEYS, P.C.**

By: /s/ *Azar Mouzari*
　　Azar Mouzari
　　Nilofar Nouri
　　468 N. Camden Drive, Suite 238 Beverly Hills, CA 90210
　　Tel: 310-858-5567
　　Fax: 424-286-0963
　　azar@bhtrialattorneys.com
　　nilofar@bhtrialattorneys.com

　　*Attorneys for Plaintiffs*

Dated: August 22, 2022    **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Abigail M. Luhn*
　　Abigail M. Luhn
　　abigail.luhn@faegredrinker.com
　　600 Campus Drive
　　Florham Park, NJ 07932-1047
　　T: (973) 549-7000

　　*Attorneys for Defendant Sprout Foods, Inc.*

SO ORDERED

　　*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  8/25/2022